# Court of Appeals
# of the State of Georgia

ATLANTA, __August 11, 2025__

*The Court of Appeals hereby passes the following order:*

**A25A2145. BETHEA v. THE STATE.**

Mark Bethea filed a notice of appeal in this action, and the appeal was docketed on July 1, 2025. As set forth in Court of Appeals Rule 23 (a), an appellant must file a brief within 20 days after the appeal is docketed. Therefore, Bethea's brief was due no later than July 21, 2025. Bethea, however, has neither filed a brief nor requested an extension of time in which to do so. As a result, the State filed a motion to dismiss this appeal as being abandoned. Because Bethea has not filed a timely brief in this case, we hereby GRANT the State's motion and DISMISS Bethea's appeal. See Court of Appeals Rules 13, 16 (b), 23 (a).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __08/11/2025__

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*